**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GEORGE M. RICHARDSON,

        Plaintiff,

vs.                                          Case No. 3:11-cv-305-J-37JBT

MARSH COVE CONDOMINIUMS,
et al.,

        Defendants.

**ORDER**

This cause is before the Court on Defendants' Motion to Dismiss Amended Complaint and Memorandum of Law ("Second Motion to Dismiss"), filed on October 19, 2011. (Doc. No. 24.) On September 21, 2011, this Court entered an Order granting Defendants' first Motion to Dismiss (Doc. No. 18) without prejudice. (Doc. No. 20.) In its thirteen (13) page order, the Court specifically outlined the substantive and procedural defects in Mr. George M. Richardson's ("Plaintiff's") original complaint (Doc. No. 1), and granted him leave to file an amended complaint on or before October 3, 2011. (Doc. No. 20.) The Court advised Plaintiff that failure to comply with the Federal Rules of Procedure and the directives of its Order, would result in dismissal of this action with prejudice. (*Id*. at p. 13.)

On September 30, 2011, Plaintiff filed an "Amended Complaint." (Doc. No. 21.) The Amended Complaint is identical to the original complaint (Doc. No. 1), but for the addition of three defendants (the United States, the State of Florida, and Nassau County, Florida) and one nearly illegible sentence, handwritten at the end of the final paragraph.

Additionally, Plaintiff crossed out the original filing date (March 30, 2011) and wrote in the date on which he filed the Amended Complaint (September 30, 2011). (*See* Doc. No. 21, p. 3.) Despite filing his Amended Complaint, Plaintiff also appealed the Court's September 21, 2011 Order (Doc. No. 20) on September 30, 2011. (*See* Doc. No. 22.)

On October 19, 2011, Defendants filed their Second Motion to Dismiss. On January 9, 2012, the Eleventh Circuit Court of Appeals dismissed Plaintiff's appeal for failure to prosecute. (Doc. No. 25.) Nearly one month has passed since the Eleventh Circuit dismissed Plaintiff's appeal, and he has yet to file a response to Defendants' Second Motion to Dismiss. Considering that Plaintiff's Amended Complaint contains the same deficiencies described in the Court's September 21, 2011 Order (Doc. No. 21), and because Plaintiff has failed to file a timely response to Defendants' motion, the Court finds Defendants' Second Motion to Dismiss is due to be granted.

It is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss Amended Complaint and Memorandum of Law (Doc. No. 24) is **GRANTED WITH PREJUDICE**. The Clerk is directed to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on January 30, 2012.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record